UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH E. GERBER,

           Plaintiff,        CIV S-05-1828 RRB PAN PS

    v.

MBNA AMERICA BANK, a Delaware       ORDER
corporation, and ASSET ACCEPTANCE,
LLC, a Delaware limited liability
company,

           Defendants.

-o0o-

    Plaintiff paid the filing fee and filed his complaint September 12, 2005, alleging that defendants' billing practices violated state and federal laws including the Truth in Lending and Fair Credit Billing Acts (15 U.S.C. § 1601 et seq.), the Fair Debt Collection Practices Act (15 U.S.C. § 1692a et seq.), the Fair Credit Reporting Act (15 U.S.C. § 1681a et seq.), and the California Consumers Legal Remedies Act (Cal. Civil Code § 1750

et seq.).

Process was personally delivered to each defendant September 15, 2005, requiring defendants answer by October 5, 2005.  Asset and MBNA filed separate stipulations with plaintiff extending their deadlines to November 3 and November 4, 2005, respectively.  E. D. Cal. L. R. 6-144(a).

On November 4, MBNA moved to stay this action and compel arbitration, scheduling the matter for hearing before the Honorable Lawrence K. Karlton, to whom this case was originally assigned.  The same day, Judge Karlton's clerk informed MBNA their motion must be heard by the assigned magistrate judge by force of E. D. Cal. L. R. 72-302(c)(21).  On November 7, MBNA requested Judge Karlton retain and hear MBNA's motion based on plaintiff's written statement he intended to retain counsel before the hearing.  Judge Karlton did not rule on MBNA's request and this case was reassigned to the Honorable Ralph R. Beistline on November 22.

Meanwhile, on November 15, 2005, all parties filed a stipulation and proposed order[1] seeking to extend until December 2 service and filing of defendants' answers, asserting good cause "because all of the parties have reached a tentative settlement agreement, and are moving toward finalizing that agreement."  December 6, 2005, the parties filed a stipulation and proposed

---

[1] None of the parties' proposed orders were submitted in word processing format for the court's signature, as required by E. D. Cal. L. R. 5-137(b).

2

order extending the deadlines until January 2, 2006, stating that "[t]he monetary component of the settlement agreement has been agreed upon with certainty by all parties," and "[t]he parties are circulating a draft of a written settlement agreement among themselves, and efforts are being made among the parties to produce and execute a final draft of that document." On January 6, the parties again stipulated to extend the deadlines until January 16, 2006, on the ground that "[t]he parties are near conclusion of settlement."

This case remains subject to E. D. Cal. L. R. 72-302(c)(21), and is assigned to this magistrate judge for all pretrial matters.

All of the foregoing requests for extension of time are approved nunc pro tunc.

So ordered.

Dated:   January 11, 2006.

　　　　　　　　　　　　　　　　　　　　/s/ Peter A. Nowinski
　　　　　　　　　　　　　　　　　　　　PETER A. NOWINSKI
　　　　　　　　　　　　　　　　　　　　Magistrate Judge