1 | Joseph E. Gerber
P.O. Box 3222
2 | Carmichael, California 95609
Telephone: (916) 944-2250
3 | E-fax: (561) 828-8049

4 | *In propria persona.*

5
6 | **LODGED**

7 | FEB 0 4 2006

8 | CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12 | JOSEPH E. GERBER,
an individual,

13

Plaintiff,

14

15 | vs.

16 | MBNA AMERICA BANK,
a Delaware corporation, and
17 | ASSET ACCEPTANCE, LLC,
a Delaware limited liability company,

18

Defendants.

19

Civil Action
No.: 2:05-CV-01828-RRB-PAN

STIPULATION FOR DISMISSAL
WITH PREJUDICE

*AND*

*ORDER*

20

21      Plaintiff Joseph E. Gerber and defendants MBNA America Bank, N.A. (sued herein as

22 | MBNA America Bank) ("MBNA") and Asset Acceptance, LLC ("Asset Acceptance") hereby

23 | stipulate that the above-entitled action against defendants shall be, and hereby is, dismissed with

24 | prejudice on the merits, without costs, disbursements or attorneys' fees to any party.

25      It is further stipulated that a judgement of dismissal with prejudice on the merits may be

26 | entered herein.

27

28

STIPULATION FOR DISMISSAL
WITH PREJUDICE

1

2   Dated: _FEB. 9, 2006_

3                                            JOSEPH E. GERBER

4                                            By:_____
                                                 Plaintiff, *in propria persona*

5

6   Dated:_____         ROPERS, MAJESKI, KOHN & BENTLEY

7

8                                            By:_____
                                                 GEORGE G. WEICKHARDT
                                                 GLEN H. ISAACS
9                                                Attorneys for Defendant
                                                 MBNA AMERICA BANK, N.A.
10                                               (sued as MBNA AMERICA BANK
                                                 herein)

11

12  Dated:_____         CARLSON, MESSER & TURNER, LLP

13

14                                           By:_____
                                                 STEPHEN H. TURNER
15                                               PATRIK JOHANSSON
                                                 Attorneys for Defendant
16                                               ASSET ACCEPTANCE, LLC

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL
WITH PREJUDICE                        - 2 -

Dated: _FEB. 9, 2006_

JOSEPH E. GERBER

By:_____
Plaintiff, in propria persona

Dated: _Fob 9, 2066_

ROPERS, MAJESKI, KOHN & BENTLEY

By:_____
GEORGE G. WEICKHARDT
GLEN H. ISAACS
Attorneys for Defendant
MBNA AMERICA BANK, N.A.
(sued as MBNA AMERICA BANK
herein)

Dated:_____

CARLSON, MESSER & TURNER, LLP

By:_____
STEPHEN H. TURNER
PATRIK JOHANSSON
Attorneys for Defendant
ASSET ACCEPTANCE, LLC

STIPULATION FOR DISMISSAL
WITH PREJUDICE

- 2 -

1

2  Dated: _FEB. 9, 2006_       JOSEPH E. GERBER

3                               By:_____
                                    Plaintiff, in propria persona
4

5

6  Dated:_____        ROPERS, MAJESKI, KOHN & BENTLEY

7

8                               By:_____
                                    GEORGE G. WEICKHARDT
9                                   GLEN H. ISAACS
                                    Attorneys for Defendant
10                                  MBNA AMERICA BANK, N.A.
                                    (sued as MBNA AMERICA BANK
11                                  herein)

12  Dated:_Feb. 9, 2006_         CARLSON, MESSER & TURNER, LLP

13

14                              By:_____
                                    STEPHEN H. TURNER
15                                  PATRIK JOHANSSON
                                    Attorneys for Defendant
16                                  ASSET ACCEPTANCE, LLC

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR DISMISSAL
WITH PREJUDICE                        -2-

## ORDER

IT IS ORDERED that judgement shall be entered dismissing ⸏ Complaint on its merits with prejudice and without costs or attorneys' fees to any party.

Date: 2/17/06

PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE
DISTRICT

STIPULATION FOR DISMISSAL
WITH PREJUDICE                         - 3 -